D. STERRETT PINDELL, Appellant, v. ROCKWOOD HOLDING CORPORATION et al., Defendants, and JEFFERSON TITLE AND MORTGAGE CORPORATION, Defendant-Respondent. (Appeal No. 1.)—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

D. STERRETT PINDELL, Appellant, v. ROCKWOOD HOLDING CORPORATION et al., Defendants, and JEFFERSON TITLE AND MORTGAGE CORPORATION, Defendant-Respondent. (Appeal No. 2.)

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

ALDISA PLUNKETT et al., Plaintiffs, v. FIFTH AVENUE COACH COMPANY, Appellant, and FULLERTON TRANSPORTATION CO., INC., Defendant-Respondent.

Close, P. J., Hagarty, Taylor and Lewis, JJ., concur; Carswell, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVE BEEKMAN, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE VITO, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GRAZIANO, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP PANATELLA, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.